IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE P. GREEN, ) | |
|     Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 08-155 |
| ) | |
| MELVIN LOCKETT, et al., ) | |
|     Respondents. ) | |

ORDER

AND NOW, this 5th day of March, 2012, after the petitioner, Eddie P. Green, filed a petition for a writ of habeas corpus and an amended petition, and after a Supplemental Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon independent review of the amended petition and the record and upon consideration of the Magistrate Judge's Supplemental Report and Recommendation (Docket No. 34), which is adopted as the opinion of this Court,

IT IS ORDERED that the amended petition for a writ of habeas corpus filed by petitioner Eddie P. Green (Docket No. 14) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
Hon. Gary L. Lancaster
Chief United States District Judge

cc:     Eddie P. Green
        FP-4602
        SCI Greensburg
        165 SCI Lane
        Greensburg, PA 15601