IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE P. GREEN,<br>　　　Petitioner,<br><br>　　　vs.<br><br>MELVIN LOCKETT, et al.,<br>　　　Respondents. | Civil Action No. 08-155 |

## ORDER

AND NOW, this 5th day of March, 2012, after the petitioner, Eddie P. Green, filed a petition for a writ of habeas corpus and an amended petition, and after a Supplemental Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon independent review of the amended petition and the record and upon consideration of the Magistrate Judge's Supplemental Report and Recommendation (Docket No. 34), which is adopted as the opinion of this Court,

IT IS ORDERED that the amended petition for a writ of habeas corpus filed by petitioner Eddie P. Green (Docket No. 14) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

　　　　　　　　　　　　　　　　　　　_/s/ Gary L. Lancaster_
　　　　　　　　　　　　　　　　　　　Hon. Gary L. Lancaster
　　　　　　　　　　　　　　　　　　　Chief United States District Judge

cc: Eddie P. Green
FP-4602
SCI Greensburg
165 SCI Lane
Greensburg, PA 15601